# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY WEBB, | Case No. 2:18-cv-01293-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 5) |
| BOULEVARD MALL, et al., | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail sent to Plaintiff has been returned as undeliverable. Docket No. 5. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Plaintiff is hereby **ORDERED** to file a written notice of change of address by August 14, 2018.

IT IS SO ORDERED.

DATED: July 31, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge