# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tracy Webb,

    Plaintiff

v.

Boulevard Mall, et al.,

    Defendants

Case No.: 2:18-cv-01293-JAD-NJK

**Order Adopting
Report & Recommendation**

[ECF No. 11]

On August 28, 2018, Magistrate Judge Nancy Koppe recommended that I dismiss this case because the plaintiff has not complied with this court's order directing her to either file a completed *in forma pauperis* application or pay the filing fee by August 20, 2018.[1] The plaintiff had until yesterday to file objections to that recommendation; none were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

Accordingly, IT IS HEREBY ORDERED THAT the Report and Recommendation **[ECF No. 11] is ADOPTED** in full. This case is DISMISSED without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: September 12, 2018

                                                                _____
                                                                 U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 11.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).